John P. Coleman, Esq./SBN 60844
**BOLLING, WALTER & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 400
Sacramento, California 95826
Telephone No. (916) 369-0777
Telecopier No. (916) 369-2698

Attorneys for Defendant
CALIFORNIA WATER SERVICE COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KUNEMAN and BILLIE CLAIRE KUNEMAN, | Case No. CIV. S-04-927 LKK/DAD-PS |
| Plaintiffs, | **DISMISSAL ORDER** |
| v. | |
| CALIFORNIA WATER SERVICE, and DOES 1 through 20, | |
| Defendants. | |

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal, endorsed by the Plaintiffs and by counsel for the Defendant, is hereby approved. All claims and/or causes of action of plaintiffs William Kuneman and Billie Claire Kuneman are hereby,

**ORDERED** dismissed with prejudice. It is further, **ORDERED** that the Plaintiffs William Kuneman and Billie Claire Kuneman and defendant California Water Service Company shall each bear their own costs and attorneys' fees. ORDERED THIS 10th day of May, 2005.

/s/Lawrence K. Karlton
Lawrence K. Karlton, Senior Judge
United States District Court