IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM KUNEMAN and
BILLIE CLAIRE KUNEMAN,

    Plaintiffs,              No. CIV S-04-0927 LKK DAD PS

  vs.

CALIFORNIA WATER SERVICE,

    Defendant.          <u>ORDER</u>

           /

        Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 16, 2004, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Defendant has filed objections to the findings and recommendations and plaintiffs have filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 16, 2004, are adopted in full;

2. Defendant's motion to dismiss plaintiffs' federal Safe Drinking Water Act ("SDWA") cause of action for lack of subject matter jurisdiction is denied;

3. Defendant's motion to dismiss plaintiffs' SDWA cause of action for failure to state a claim is denied; and

4. Defendant's motion to dismiss plaintiffs' state law cause of action for conspiracy for failure to state a cognizable claim is granted.

DATED: May 19, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/kuneman0927.jo