IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM KUNEMAN and
BILLIE CLAIRE KUNEMAN,

     Plaintiffs,                No. CIV S-04-0927 LKK DAD PS

  vs.

CALIFORNIA WATER SERVICE,

     Defendant.             ORDER
_____/

       This court's May 20, 2005 order adopting the magistrate judge's December 16, 2004 findings and recommendations is VACATED. The order was entered after approval and entry of the parties' stipulation of dismissal.

    IT IS SO ORDERED.

    DATED: June 3, 2005.

                                         /s/Lawrence K. Karlton
                                         UNITED STATES DISTRICT JUDGE